UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DOLPHUS PRYOR,

          Defendant.

No. 06-CR-120
(LEK)

---

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

## ORDER

By letter dated March 17, 2008, defendant Dolphus Pryor ("Pryor") requested modification of the conditions of his release to eliminate the requirements for electronic monitoring and home detention. Docket No. 37. Pryor asserts that the three-day notice required by the Probation Office for visits to his attorney for preparation for pretrial hearing and trial impose too great a burden on his ability to prepare his defense. The Probation Office advises that Pryor has been completely compliant with the conditions of his release but that while the requirement of three days advance notice for visits to his attorney can be more flexible, the need for electronic monitoring and home detention remain unchanged for reasons previously discussed at Pryor's detention hearing.

It appearing to the undersigned that (1) the need for electronic monitoring and home detention remain unchanged, but (2) the requirement of three days advance notice of visits to his attorney can be made more flexible,[1] it is hereby

---

[1] The Probartion Office will discuss with Pryor how this may be effectuated to accomodate those situations where Pryor must visit his attorney's office on shorter notice. If such accomodations cannot be reached between Pryor and the Probation Office, Pryor is granted leave to request reconsideration of these conditions again.

**ORDERED** that Pryor's request for a modification of the conditions of his release (Docket No. 37 is **DENIED**.

**IT IS SO ORDERED.**

DATED: March 19, 2008
        Albany, New York

*David R. Homer*
United States Magistrate Judge